B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Wisconsin

In re   Rob Allen Vande Zande, Sr. and Debra Marie Vande Zande,     Case No.   19-26610

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V | Freedom Mortgage Corporation |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

   Rushmore Loan Management Services
   P.O. Box 55004
   Irvine, CA 92619-2708

Phone:  888-504-6700
Last Four Digits of Acct #:  3088

Court Claim # (if known):  14-2
Amount of Claim:  $115.234.04
Date Claim Filed:  10/16/2019

Phone:  n/a
Last Four Digits of Acct. #:  5299

Name and Address where transferee payments should be sent (if different from above):

   Rushmore Loan Management Services
   P.O. Box 52708
   Irvine. CA 92619-2708

Phone:  888-504-6700
Last Four Digits of Acct #:  3088

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  */s/ Christopher K. Baxter*     Date:  05/04/2022
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on the Debtor via United States Mail at the address listed on PACER, and to the Debtor's attorney, the Chapter 13 Trustee, the U.S. Trustee, and all parties requesting notice via CM/ECF on May 4, 2022.

Debra Marie Vande Zande
975 Whippoorwill Ln
Fond Du Lac, WI 54935

Rob Allen Vande Zande, Sr.
975 Whippoorwill Ln
Fond Du Lac, WI 54935

Marinosci Law Group, P.C.
*/s/ Christopher K. Baxter*
Email: BKinquiries@mlg-defaultlaw.com
ATTORNEYS FOR CREDITOR